# EXHIBIT A

## NOTICE OF TERMINATION

FIRST CLASS MAIL

To Hasbro, Inc.
1027 Newport Avenue
P.O. Box 1059
Pawtucket, RI 02861
Attn: Brian D. Goldner
 President and CEO

Gentlemen:

Please take notice that, pursuant to 17 U.S.C. Section 304(c) and 37 CFR Section 201.10, and effective as of February 29, 2020, I hereby terminate my transfer of renewal copyrights and all of your copyrights and copyright interests (and those of anyone to whom you may have transferred any such rights) in and to the military action figures known as "G.I. Joe," with movable body parts enabling such action figures to be posed in various activities, together with the military uniforms and accessories worn, used or carried by such "G.I. Joe" action figures and the various iterations of such action figures, uniforms and accessories, all of which were created and reduced to tangible form by me and under my direction, as author of the same, during 1963, creating in me the ownership, copyrights and copyright interests in such figures, uniforms and accessories, which copyrights and copyright interests and all of my ownership interest in "G.I. Joe," as well as in such uniforms and accessories, were granted by me to Hassenfeld Bros. Inc., your predecessor in title, by written grant executed by me in or about February, 1964. I am informed and believe that, pursuant to my grant, such copyrights were registered by Hassenfeld Bros. Inc. in the United States Copyright Office during 1964, as evidenced, in at least one instance, by Certificate of Registration number CP41527 and possibly other registrations and certificates. Because of the passage of many years, all copies of the written grant from me to your predecessor in title appear to have been lost; and the precise dates of that grant executed in or about February, 1964 or of the registration of one or more such copyrights in 1964 cannot be more accurately established. To the best of my knowledge and belief, this notice has been signed by all persons whose signature is necessary to terminate the foregoing grant under 17 U.S.C. Section 304. To the extent, if any, that I may be deemed a co-owner, rather than sole owner of the foregoing copyrights

and copyright interests, I hereby terminate your rights therein to the fullest extent of my interest.

DATED: January 8, 2015

Stan Weston
201 Ocean Avenue, Unit 1601P
Santa Monica, CA  90402

cc: David Dubosky
Senior Vice President, IP & Licensing
Legal Department

93166-00002/2305375.1

2